I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2022

*Francesca A. Piperato*
Francesca A. Piperato
U.S. Pretrial Services Officer
Southern District of New York

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   Docket #1:22-mj-03567-UA-1
    -against-                         :   ORDER
                                      :
Lyedell Jenkins                       :
                                      :
        Defendant                     :
                                      :
--------------------------------------X
```

James L. Cott, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment as directed.

Dated: New York, New York
       May   18  , 2022

SO ORDERED:

_____
JAMES L. COTT
United States Magistrate Judge